OPINION — AG — HOUSE BILL NO. 508, THIRTIETH (1965) OKLAHOMA LEGISLATURE, IF ENACTED WOULD BE UNCONSTITUTIONAL INASMUCH AS SAID BILL EXTENDS TAX EXEMPTIONS TO PROPERTY NOT OTHERWISE EXEMPT BY THE CONSTITUTION (ARTICLE V, SECTION 50) AND INASMUCH AS SAME IMPOSES A TAX THAT IS NOT UNIFORM UPON THE SAME CLASS OF SUBJECTS. (ARTICLE X, SECTION 5) CITE: 2 O.S. 1963 Supp. 1001-1019 [2-1001] — [2-1019], (HARVEY H. CODY)